| | |
|---|---|
| Brad L. Puffpaff, WSBA NO. 46434<br>Attorney at Law<br>4620 200th St SW, Ste D<br>Lynnwood, WA 98036<br>(425) 775-9700 | The Honorable Marc Barreca<br>United States Bankruptcy Judge |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>BRIAN LETTMAN<br><br><br><br><br>Debtor(s). | IN PROCEEDINGS UNDER CH. 7<br><br>NO. **17-10063**<br>*Ex Parte*<br>MOTION TO REOPEN<br>CHAPTER 7 BANKRUPTCY |

1. MOTION

COMES NOW the Debtor by the undersigned attorney and moves the Court for an Order reopening his Chapter 7 bankruptcy to allow the Debtor to file and Motion for Sanctions for Violation of the Automatic Stay. Debtors filed Chapter 7 bankruptcy on January 8, 2017. Debtor received a discharge on April 12, 2017, and his case closed February 8, 2018. There were no assets administered in their case, and no deadline was established for filing proofs of claim. A trustee does not need to be appointed.

Dated: September 5, 2018    /S/ Brad L. Puffpaff
Debtor's Attorney:              Brad L. Puffpaff, WSBA No. 46434

Motion to Reopen

Bountiful Law, PLLC
4620 200th ST SW, Ste D
Lynnwood, WA 98036
425-775-9700 Fax 425-645-8088

Case 17-10063-MLB    Doc 42    Filed 09/05/18    Ent. 09/05/18 15:43:36    Pg. 1 of 1