**Below is the Order of the Court.**

_____
**Marc Barreca
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>BRIAN LETTMAN,<br><br>Debtor, | Case No. 17-10063-MLB<br><br>In Proceedings under Chapter 7<br><br>**ORDER DENYING DEBTOR'S MOTION FOR SANCTIONS FOR VIOLATION OF THE AUTOMATIC STAY** |

THIS MATTER came before the court on September 26, 2018 for a hearing on the Debtor's Motion for Sanctions for Violation of the Automatic Stay. It is hereby

ORDERED that the Debtor's Motion for Sanctions is DENIED.

//END OF ORDER//

Presented by:

/s/ Klaus O. Snyder_____
Klaus O. Snyder, WSB# 16195
Attorney for Creditor
Brown Electric, LLC

---

**ORDER DENYING DEBTOR'S MOTION FOR SANCTIONS FOR VIOLATION OF THE AUTOMATIC STAY -** Page 1 of 1

**SNYDER LAW FIRM LLC**
15306 MAIN STREET E, SUITE B
SUMNER WA 98390-2640
(253) **863-ATTY (2889)** - FAX: (253) 863-1483